DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com;
emilyrose@siegelyee.com;

ANDREW CHAN KIM, SBN 315331
KIM LAW OFFICE
PO Box 432
Belmont, California 94002
Telephone: (650) 339-2005
Email: chan.a.kim@gmail.com

Attorneys for Plaintiff
DAMENA PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMENA PAGE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, [FIRST NAME UNKNOWN] NG (#2434), and [FIRST NAME UNKNOWN] PLIEGO (#2380),<br><br>        Defendants. | Case No. 4:23-cv-03129-JSW<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT DAMENA PAGE, SFNO 670618, PLAINTIFF** |

Damena Page, SFSO 670618, a plaintiff and necessary party in the proceedings of this case, is in the custody of the San Francisco County Sheriff's Office and imprisoned in County Jail 2 at 425 7th Street, San Francisco, CA 94103.

In order to secure Ms. Page's attendance for an in-person settlement conference before Judge Kang, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the

custodian to produce Ms. Page to Courtroom F – 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 on November 1, 2024 at 1 p.m.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the San Francisco Sheriff's Department to produce Ms. Page, SFNO 670618, to be present before the United States District Court at the time and place above, and from 1 p.m. until completion of the settlement conference or as ordered by the court; and thereafter to return Ms. Page to the above institution;
2. The custodian is ordered to notify the court of any change in custody of Ms. Page and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: the San Francisco Sheriff's Office

WE COMMAND you to produce the person named above to appear before the United States District Court at the time and place above, and from 1 p.m. until the completion of the settlement conference, or as ordered by the court; and thereafter to return the person to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the person and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: October 3, 2024

Peter H. Kang
United States Magistrate Judge

*Page v. CCSF, et al.*, No. 4:23-cv-03129-JSW
Order and Writ of Habeas Corpus Ad Testificandum to Transport Damena Page - 3